SUNMASTER PRODUCTS CORPORATION, B. & P. Motor Sales Company, and Howard Heller, Appellants, v. CHICAGO FLEXIBLE SHAFT COMPANY, Appellee.

No. 10077.

Circuit Court of Appeals, Sixth Circuit.

Oct. 29, 1945.

Sidney G. Kusworm, of Dayton, Ohio, for appellants.

Edward L. Reed, of Dayton, Ohio, and John F. McCanna and James H. Rogers, both of Chicago, Ill., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that there was no abuse of judicial discretion in the order of the District Judge granting a preliminary injunction, on which order this appeal is prosecuted, it is therefore ordered and adjudged that the order appealed from be and the same is in all things affirmed.

Jack WOODROW, Appellant, v. UNITED STATES of America, Appellee.

No. 9945.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1945.

Wm. G. Comb, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich., for appellee.

Before SIMONS and MARTIN, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

This appeal was set for hearing on the calendar of this court for October 4, 1945; and, when called, was submitted on briefs; and the court having duly considered the record and briefs in the cause and having found that no error was committed in the proceedings in the district court, and that there is abundant evidence to support the verdict of the jury upon which sentence was imposed; the judgment of the district court is affirmed.